

# NUMBER 13-22-00107-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**BRYAN ALBERTO CALDERON,**                                 **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                         **Appellee.**

---

### On appeal from the 332nd District Court
### of Hidalgo County, Texas.

---

# ORDER

### Before Justices Longoria, Hinojosa, and Silva
### Order Per Curiam

This cause is before the Court on appellant's fifth motion for extension of time to file the brief. Appellant's brief was originally due to be filed on June 22, 2022. Appellant previously requested and received two extensions of time to file the brief, until August 22, 2022, and then until October 6, 2022. When the Court granted appellant's second motion for extension of time until October 6, 2022, the Clerk of the Court advised appellant's

counsel that "the Court will grant no further extensions absent exigent circumstances." Nevertheless, appellant's counsel failed to file the brief and has instead filed a third request for an extension until October 14, 2022, a fourth request for an extension until October 19, 2022, and a fifth request for an extension until October 25, 2022. These motions for extensions of time to file the brief fail to comply with the appellate rules and do not reference any exigent circumstances which satisfactorily explain the delay. *See* TEX. R. APP. P. 10.5(b).

The Court looks with disfavor upon the delay caused by counsel's failure to have timely filed a brief in this matter. Therefore, the Court, having fully examined and considered appellant's most recent motions for extension of time to file the brief and the extensions previously granted in this cause, is of the opinion that, in the interest of justice, appellant's pending motions for extension of time to file the brief should be granted with this order.

Appellant's pending motions for an extension of time to file the brief are hereby GRANTED, and the Honorable Victoria Guerra, counsel for appellant, is hereby ORDERED to file the appellant's brief with this Court on or before the close of the business day on October 25, 2022. The failure to file the brief as ordered herein will result in referral to the Court for further proceedings.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
21st day of October, 2022.

2